ORIGINAL

```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                            AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

2006 MAR 17  PM 4: 35

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| ROGER GLEN ROWLAND, | ) |
| Petitioner, | ) |
| v. | ) CV 105-095 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Government's motion to dismiss is **GRANTED**, the case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 17th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE